```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE F04-0033--CR (JMF)
                                      "USA V JOHNNY LEE NAPIER"
                                    DEF 1.1 NAPIER, JOHNNY LEE

                        Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/17/04
              Closed:  06/30/05
   No. of Defendants:  1
      MJ Case Number:
                 AKA:
     Location status:  Released on Bond
          Trial date:
          Terminated:  YES
    Needs interpreter: NO
    Counsel of record: Mary Jane Haden
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Stephen Cooper
                       U.S. Attorney's Office
                       101 12th Avenue, Box 2
                       Fairbanks, AK 99701
                       907-456-0245
                       FAX 907-456-0577
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


   Counts re: DEF 1.1 NAPIER, JOHNNY LEE

   Document           Count    Citation and Description                                Disposition
   _____           _____    _____                                _____

      1 -    1 IND      1      18:666(a)(1)(A) FRAUDULENT OBTAINING, CONVERSION        Dismissed
                               AND MISAPPLICATION OF FEDERAL GRANT FUNDS (F)           (30-1)

      1 -    1 IND      2      18:666(a)(1)(A) FRAUDULENT OBTAINING, CONVERSION        Dismissed
                               AND MISAPPLICATION OF FEDERAL GRANT FUNDS (F)           (30-1)

      1 -    1 IND      3      18:666(a)(1)(A) FRAUDULENT OBTAINING, CONVERSION        Sentenced
                               AND MISAPPLICATION OF FEDERAL GRANT FUNDS (F)           (30-1)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE F04-0033--CR (JMF)
                    "USA V JOHNNY LEE NAPIER"

                       For all filing dates


  Presiding Judge:  The Honorable James M. Fitzgerald, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 11/17/04
             Closed: 06/30/05
No. of Defendants: 1


Document #  Filed     Docket text

     1 -  1 11/17/04  [Re: DEF 1] PLF 1 Indictment.

  NOTE -  1 11/18/04  Issued: Summons.

  NOTE -  2 11/18/04  Notation: Proposed Trial Date Setting for Arr & Notice of ST act ddlns.

     2 -  1 11/18/04  [Re: DEF 1] AHB Grand Jury Minutes re bail set at $25,000. secured;
                      summons to be issued; set for Arrr & notify USM.

     3 -  1 11/18/04  [Re: DEF 1] JDR Minute Order re Arr set for 1/6/05 at 9:30 a.m. cc: USA,
                      USM, USPO, def w/USM cy

     4 -  1 11/22/04  [Re: DEF 1] RRB Minute Order Judge Beistline recuses himself and this
                      case is reassigned to Judge Singleton for all further proceedings.
                      Parties shall us case number F04-0033 CR on all future filings.  cc:
                      AUSA, MJ Roberts, USM, USPO

     5 -  1 11/23/04  USM Return of svc on summons re: DEF 1 executed on 11/23/04.

     6 -  1 01/07/05  DEF 1 Financial Affidavit.

     7 -  1 01/10/05  [Re: DEF 1] JDR Court Minutes [ECR: Carolyn Bollman] from arr on
                      indictment held 01/06/05: Financial aff filed, FPD appointed, NG plea
                      entered, disc 01/19/05, PTM's due 02/07/05, unsecured appearance bond of
                      7500.00, TBJ to be set by Judge Singleton. cc: Cooper, Haden, FPO, USM,
                      Judge Singleton

     8 -  1 01/10/05  DEF 1 Unsecured Appearance bond of 7500.00. cc: Cooper, Haden, FPO, USM,
                      Judge Singleton

     9 -  1 01/10/05  [Re: DEF 1] Order setting conditions of release, OR. Unsecured
                      appearance bond in the amount of 7500.00. cc: Cooper, Haden, FPO, USM,
                      Judge Singleton

    10 -  1 01/10/05  [Re: DEF 1] JKS Order regarding preparation for trial: Disc conference
                      01/19/05, PTM's due 02/07/05. cc: Cooper, Haden, FPO, USM, Judge
                      Singleton

    11 -  1 01/10/05  [Re: DEF 1] JKS Minute Order setting TBJ for 2/22/05 at 9:00 a.m. in
                      Fairbanks, and FPTC for 2/16/05 at 9:00 a.m. in Anchorage. cc: USA, FPD,
                      USM, USPO, JC, MJ Roberts

    12 -  1 01/19/05  [Re: DEF 1] PLF 1 Stipulation/Certification of discovery.

    13 -  1 02/02/05  DEF 1 Unopposed motion to continue trial date.

    14 -  1 02/07/05  [Re: DEF 1] JKS Minute Order that case is reassigned for all further
                      proceedings to Judge Fitzgerald; use case number F04-033 CR (JMF). cc:
                      USA, FPD, USM, USPO, MJ Roberts, Judge Fitzgerald


ACRS: R_RDSDX              As of 12/01/05 at 2:56 PM by GARRY                     Page 1
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE F04-0033--CR (JMF)
                                     "USA V JOHNNY LEE NAPIER"

                                         For all filing dates


 Document #    Filed       Docket text

    15 -   1   02/07/05    [Re: DEF 1] JMF Order granting unoppo mot to continue trial date (13-1);
                           2/22/05 TBJ vacated & reset to 3/29/05 @ 9:00 a.m. @ Fbks; 2/16/05 FPTC
                           vacated. cc: USA, FPD, USM, USPO, JC, ECR, Divisional Deputy, MJ
                           Roberts, Judge Singleton

    16 -   1   03/22/05    DEF 1 Notice of Intent to change plea.

    17 -   1   03/23/05    [Re: DEF 1] JMF Minute Order; Trial by jury set for 3/29/05 rescheduled
                           for a proposed change of plea hearing on 3/29/05 at 11:00 a.m. cc: USA,
                           FPD, USM, USPO, MJ Roberts, Jury Clerk

    18 -   1   03/29/05    [Re: DEF 1] JMF Court Minutes [ECR: Jennifer Kemp].  Change of Plea
                           hearing held 3/29/05.  Plead guilty to Ct 3 of the Indictment.  IOS
                           scheduled for 6/14/05 at 10:00 a.m. in Fairbanks. Trial by Jury set for
                           3/29/05 in Fairbanks is Vacated.  Defendant to remain on bond.  cc:
                           USA; USM; USPO; MJ Haden; Judge Fitzgerald; MJ Roberts.

    19 -   1   04/04/05    [Re: DEF 1] PLF 1 Unopposed motion to reset sentencing until the week of
                           June 20,2005.

    20 -   1   04/15/05    [Re: DEF 1] JMF Order; IOS reset to 6/24/05 at 11:00 a.m. cc: USA, FPD,
                           USM, USPO

    21 -   1   06/06/05    DEF 1 motion on shortened time to continue imposition of sentence for
                           two weeks.

    22 -   1   06/09/05    [Re: DEF 1] JMF Minute Order denying motion on shortened time to
                           continue imposition of sentence (21-1).  cc: USA, FPD, USM, USPO

    23 -   1   06/17/05    DEF 1 Notice of Filing Letters; w/attached 19 letters.

    24 -   1   06/17/05    [Re: DEF 1] PLF 1 Sentencing Memorandum.

    25 -   1   06/20/05    DEF 1 Sentencing Memorandum w/att exhs.

    26 -   1   06/20/05    DEF 1 Notice of witness testimony at sentencing.

    27 -   1   06/21/05    [Re: DEF 1] JMF Minute Order reseting IOS from 6/24/05 to 6/24/05 at
                           9:00 a.m.  cc: USA, FPD, USM, USPO

    28 -   1   06/23/05    DEF 1 Notice of Filing Letters, w/ attached 2 letters.

    29 -   1   06/24/05    [Re: DEF 1] JMF Court Minutes [ECR: Jennifer Roberts].  Evidentiary
                           Hearing/Imposition of Sentence held 6-24-05.  W-1 testified on behalf of
                           plaintiff.  W-2 through W-7 testified on behalf of defendant.
                           Defendant's Exhibits A through E identified and admitted. Arguments
                           heard. Sentenced imposed as stated in Judgment.  cc: USA; USM; USPO; MJ
                           Haden, FPD; Judge Fitzgerald.

    30 -   1   06/30/05    [Re: DEF 1] JMF Judgment dism cts 1,2 of Indt (1-1); pleaded guilty to
                           ct 3 of Indt (1-1); sentenced to 9 mos impr; 36 mos SR; $100.00 SA;
                           $104,000.00 in restitution. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ
                           Roberts, Finance, FLU

    31 -   1   07/01/05    Return of exhibits and inventory to FPD.
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE F04-0033--CR (JMF)
                              "USA V JOHNNY LEE NAPIER"

                                   For all filing dates


 Document #    Filed    Docket text

    32 -  1  07/01/05  [Re: DEF 1] HRH Minute Order vacating the judgment issued at docket 30.
                       An ammended judgment will be issued forthwith. cc; Cooper, Haden, FPO,
                       USMS, Judge Fitzgerald

    33 -  1  07/05/05  [Re: DEF 1] JMF Judgment (Amended) dism cts 1, 2 of Indt; pleaded guilty
                       to ct 3 of Indt; sentenced to 9 mos impr; def to voluntarily surrender
                       to USM w/i 7 days of designation by BOP; 36 mos SR; $100.00 SA;
                       $104,000.00 restitution. cc: USA, FPD, USM, USPO, MJ Roberts, Finance,
                       FLU, Def w/cnsls cy

    34 -  1  07/05/05  DEF 1 appeal to 9CCA of (33-1) filed 07/05/05. cc: USA; USM; USPO; MJ
                       Haden; Judge Fitzgerald, 9CCA

  NOTE -  3  07/14/05  Transmittal: Forwarded notice of appeal (34-1) to 9CCA.

    35 -  1  07/14/05  [Re: DEF 1] Cy 9CCA Time Schedule Order. (34-1) cc:USA; MJ Haden, FPD;
                       ECRO; orig. to 9CCA.

    36 -  1  07/14/05  DEF 1 motion on shortened time to correct judgment

    37 -  1  07/18/05  DEF 1 Notice of Filing Proposed Order.

    38 -  1  07/21/05  [Re: DEF 1] JMF Order denying motion on shortened time to correct
                       judgment (36-1). cc: USA, FPD, USM, USPO

    39 -  1  07/25/05  DEF 1 motion to reconsider defendant's motion to correct judgment;
                       w/attached exhibit.

    40 -  1  07/26/05  [Re: DEF 1] PLF 1 opposition (Resopnse) to DEF 1 motion to reconsider
                       defendant's motion to correct judgment (39-1).

    41 -  1  07/26/05  [Re: DEF 1] Partial Transcript of IOS proceedings held 6-24-05.

    42 -  1  07/27/05  [Re: DEF 1] JMF Order granting/denying motion to reconsider defendant's
                       motion to correct judgment (39-1).  cc: USA, FPD, USM, USPO

    43 -  1  08/02/05  [Re: DEF 1] JMF Judgment (2nd Amended) dism cts 1, 2 of Indt; pleaded
                       guilty  to ct 3 of Indt; sentenced to 9 mos impr; def to voluntarily
                       surrender to USM w/i 7 days of designation by BOP; 36 mos SR; $100.00
                       SA; $104,000.00 restitution. cc: USA, FPD, USM, USPO, MJ Roberts,
                       Finance, FLU, Def w/cnsls cy

    44 -  1  08/03/05  DEF 1 Transcript Designation/Order Form re: notice of appeal (34-1)
                       w/transcript order cc:ecr

    45 -  1  08/25/05  [Re: DEF 1] Partial Transcript re Evid Hrg/IOS (helf 6/24/05).

    46 -  1  09/27/05  USM Return of svc on judgment re: DEF 1 executed on 9/13/05 to FCI
                       Sheridan at Sheridan, OR.

    47 -  1  09/27/05  USM Return of svc on amendeded judgment re: DEF 1 executed on 9/13/05 to
                       FCI  Sheridan at Sheridan, OR.

    48 -  1  09/27/05  USM Return of svc on judgment re: DEF 1 executed on 9/13/05 to FCI
                       Sheridan at Sheridan, OR.
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE F04-0033--CR (JMF)
                                "USA V JOHNNY LEE NAPIER"

                                     For all filing dates


Document #   Filed      Docket text
----------   --------   ----------

   49 -  1   11/28/05   [Re: DEF 1] Transcript of change of Plea Hearing held 3/29/05.
```