UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 4:04-cr-0033-JWS |
| vs. | **ORDER OF STAY** |
| JOHNNY LEE NAPIER, | |
| Defendant. | |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's Motion to Stay the Court's Order Modifying Conditions of Release and to Stay the Enforcement of Conditions Two and Six, the court GRANTS/DENIES the motion. The order modifying conditions of release, filed at Docket 52, is hereby stayed pending a decision of the Ninth Circuit Court of Appeals in Case No. 05-30348.

DATED at Anchorage, Alaska, this ____ day of May, 2006.

_____
John W. Sedwick
United States District Court Judge