# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA    v.    JOHNNY LEE NAPIER

THE HONORABLE JOHN W. SEDWICK    CASE NO.  4:04-cr-00033-JWS

Deputy Clerk                Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

The motion at docket 53 is **GRANTED**.  The order at docket 52 is SUSPENDED and shall not be enforced pending further order of the court.

DATE: May 18, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]