PDF DOCUMENT CREATED TO ALLOW DOCUMENT ENTRY TO HAVE A DOCKET NO.  NO OTHER DOCUMENT IS ATTACHED

Case 4:04-cr-00033-JWS   Document 57   Filed 10/24/2006   Page 1 of 1