UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 4:04-cr-0033-JWS |
| vs. | |
| JOHNNY LEE NAPIER, | PROPOSED ORDER GRANTING MOTION FOR CLARIFICATION |
| Defendant. | |

      This court grants the defendant's motion for clarification and amends his order as follows.

      In preparing an updated PSR, the PSR writer shall consider only facts relating to the possible justification of the mental health condition.

      DATED _____, in Anchorage, Alaska.


                                        _____
                                                      John W. Sedwick
                                        United States District Court Judge