**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *JOHNNY LEE NAPIER*

THE HONORABLE JOHN W. SEDWICK          4:04-cr-00033-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: October 31, 2006

    Defendant's motion for clarification at docket 59 is **GRANTED** as follows:

    The order at docket 57 is hereby amended by changing the phrase in the second sentence which reads "the non-standard conditions imposed" to say "the non-standard mental-health condition imposed" to eliminate an ambiguity in the order at docket 57.