UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHNNY LEE NAPIER,<br><br>               Defendant. | Case No. 4:04-cr-0033-JWS<br><br>**PROPOSED ORDER** |

       Having considered the defendant's Motion for Ruling That Plea Agreement Only Authorized Restitution for Count of Conviction (Count III), the motion is well taken. Mr. Napier's plea did not expressly obligate him to pay restitution with respect to Counts I and II of the Indictment.

       IT IS SO ORDERED.

       DATED November _____, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
United States District Court Judge