**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>    UNITED STATES OF AMERICA    </u>   v.   <u>    JOHNNY LEE NAPIER    </u>

THE HONORABLE JOHN W. SEDWICK        CASE NO.  <u> 4:04-cr-00033-JWS </u>

   <u>Deputy Clerk</u>                     <u>Official Recorder</u>

   <u> Pam Richter         </u>            <u>                        </u>

APPEARANCES:   for PLAINTIFF:  ----

              for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The order at docket 67 is hereby AMENDED as follows:

1)  The figure "$104,441.50" in the last line on of the first page is corrected to read "$104,000.00."

2)  The following is inserted after the words "Count 3" on the second line of page 2:  ", although the judgment imposed restitution of $104,000.00 rather than $104,441.50."

3)  The figure "$104,441.50" in last line of text on page 4 is corrected to read "$104,000.00."

                                                 ENTERED AT JUDGE'S DIRECTION

DATE:<u> December 21, 2006 </u>           INITIALS:<u>  prr  </u>
                                                                      Deputy Clerk

[FORMS*IA*]