MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  JOHNNY LEE NAPIER        CASE NO 4:04-cr-00033 JWS
Defendant: X Present    __In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE: JOHN W SEDWICK

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES' ATTORNEY: STEPHEN COOPER

DEFENDANT'S ATTORNEY: M.J.HADEN

U.S.P.O.:    MARCI LUNDGREN

PROCEEDINGS: RE-SENTENCING     Held: JANUARY 4,2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

Court and counsel heard re re-sentencing of defendant pertaining to mental health counseling as a special condition of supervised release.

Court heard re findings that mental health condition is not to be imposed as a special condition.

Court reimposed sentence as stated in the 3rd Amended Judgment.

At 10:00 a.m. court adjourned.

DATE: 1/4/2007              DEPUTY CLERK'S INITIALS:   tjg