M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNNY LEE NAPIER,<br><br>    Defendant. | Case No. 4:04-cr-0033-JWS<br><br>**NOTICE OF APPEAL** |

   Notice is hereby given that defendant Johnny Lee Napier appeals to the United States Court of Appeals for the Ninth Circuit from the

    ( ) conviction only (Fed. R. App. P. 4(b)(1)(A)).

    ( ) conviction and sentence.

    ( ) sentence only (18 U.S.C. § 3742).

    (X) order of restitution entered in this action.

   The sentence imposed was 9 months incarceration, 3 years supervised release, a $100 special assessment, and $104,400 in restitution.

DATED this 11th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 11, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Stephen Cooper, Esq.

/s/ M. J. Haden