UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOHNNY LEE NAPIER,<br><br>　　　　　　Defendant. | Case No. 4:04-cr-0033-JWS<br><br>**ORDER** |

　　　　After due consideration of the defendant's Motion to Withdraw, the court GRANTS the motion.

　　　　After due consideration for the defendant's Motion to Appoint CJA Counsel, the court GRANTS the motion. The Federal Defender is hereby directed to appoint appellate counsel from the CJA Panel to represent Mr. Napier.

　　　　DATED _____, 2007, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge