UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOHNNY LEE NAPIER,<br><br>               Defendant. | Case No. 4:04-cr-0033-JWS<br><br>**ORDER** |

After due consideration of the defendant's Motion to Withdraw, the court **GRANTS** the motion.

After due consideration for the defendant's Motion to Appoint CJA Counsel, the court **GRANTS** the motion. The Federal Defender is hereby directed to appoint appellate counsel from the CJA Panel to represent Mr. Napier.

DATED this 25th day of January 2007.

                                            /s/ John W. Sedwick
                                            United States District Court Judge