U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF United States of America | COURT CASE NUMBER F04-033 CR-JMF |
| DEFENDANT Johnny Lee Napier | TYPE OF PROCESS Cancellation of Writ |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division
AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
616 E. Street, Anchorage, Alaska 99501, Attn: Public Service Dept.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue, Room 253 #9
Anchorage, Alaska 99513-7567

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

RECEIVED JUN 16 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve cancellation to Alaska Permanent Fund Dividend.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
Richard L. Pomeroy, AUSA
TELEPHONE NUMBER: 907-271-5071
DATE: 6-10-2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 4
District to Serve No. 4
Signature of Authorized USMS Deputy or Clerk
Date: 6/11/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Lisa Leonard
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Date of Service: 6/12/08
Time: 2:10 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | 45 | | $45 | |

REMARKS:

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. F04-033 CR-JMF |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF CANCELLATION |
| vs. ) | OF |
| ) | WRIT OF EXECUTION |
| JOHNNY LEE NAPIER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO:   STATE OF ALASKA DEPARTMENT OF REVENUE

The Writ of Execution on the Alaska Permanent Fund Dividend in the above captioned case served on: __4-29-08__ against the dividend of

NAME: Johnny Lee Napier

SS#:   SSN Redacted

DOB:   DOB Redacted

is hereby cancelled.

Dated this day of __6/12/08__.

RANDY M. JOHNSON
United States Marshal

BY: _[signature]_
Deputy U.S. Marshal