U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | F04-033 CR-JMF |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Johnny Lee Napier | Writ of Garnishment |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
616 E Street, Anchorage, Alaska 99501, Attn: Public Service

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Avenue, Room 253, #9
Anchorage, AK 99513-7567

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

*RECEIVED*
*JUN 16 2008*
*CLERK, U.S. DISTRICT COURT*
*ANCHORAGE, A.K.*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                            Fold

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Signature of Attorney or other Originator requesting service on behalf of:    ☒ PLAINTIFF    TELEPHONE NUMBER    DATE
*for* Richard L. Pomeroy, AUSA                                                ☐ DEFENDANT    907-271-5071    4/15/2008

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 6 | 6 | | 4/16/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service 4/29/08 | Time 4:14 pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee 45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

Returned canceled writ

**PRIOR EDITIONS MAY BE USED**       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)

04154

# Notice of Levy
## On Alaska Permanent Fund Dividend
## By a Court Writ

To: State of Alaska
      Department of Revenue
      Permanent Fund Dividend Division

From: United States Marshals
       222 W. 7th Avenue, #28
       Anchorage, AK 99513-7504
       Phone (907) 271-5154

| *- For PFD Division Use Only -* |
| --- |
| PFD Server Code |
| **G0137** |
| Location_____ |
| Priority_____ |

_____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
***Highlight information being corrected or added.***

**Case Number**  F04-033 CR-JMF

*Case type must be one of the following:*
**CI** (Civil)
**CN** (Child in Need of Aid)
**CP** (Children Proceeding)
**CR** (Criminal)
**DL** (Delinquency)
**DR** (Domestic Relations)
**DV** (Domestic Violence)
**PR** (Probate)
**SC** (Small Claims)

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

          **Judgment Debtor Name:** Johnny Lee Napier
                    ***AKA* or *Alias:***
     **Social Security Number:** SSN Redacted
             **Date of Birth:**  DOB Redacted

             **Amount of Writ** $99,273.00
                 **Service Fee** $
   **Interest to October 15** $
                   **Total Due** $

| **Service Agent** | | Date 4/29/08 |
| --- | --- | --- |
| Printed Name T. Meeks | | Title |

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

(Rev. 11/04)

04154



NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


             IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )   Case No. 4:04-cr-033-JMF
                             )
              Plaintiff,     )
                             )
      vs.                    )
                             )   WRIT OF EXECUTION
JOHNNY LEE NAPIER,           )   ON PERMANENT FUND DIVIDEND
                             )
              Defendant.     )
_____      )


TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

      On January 4, 2007, judgment was imposed in the above-entitled
court and action, in favor of the United States of America as
judgment creditor and against JOHNNY LEE NAPIER as judgment debtor,
for

      $104,400.00    restitution

      $100.00        special assessments

      $104,500.00    JUDGMENT AS ENTERED

      WHEREAS, according to an affidavit or memorandum of costs
after judgment filed herein, it appears that further sums have
accrued since the entry of judgment, to-wit:

$65.00      accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$1,327.00        which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$103,238.00      ACTUALLY DUE on April 10, 2007, of which $103,173.00 is due on the judgment as entered and bears no interest, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this _4_ day of _May_____, 2007 at Anchorage, Alaska.

IDA ROMACK
Clerk of Court


By:          Signature Redacted
          Deputy Clerk


U.S. vs. JOHNNY LEE NAPIER
Case No.: F04-033 CR-JMF            2