SCANNED

UNITED STATES
DISTRICT COURT
District of Alaska
FAIRBANKS Division

# 40101867 - SM
July 9, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 6855XX-R | | | 360.00 DB |

TOTAL → 360.00

*Johnny Napier*
FROM: RESTITUTION
4:04-CR-33-RRB JWS