**SCANNED**

```
                    UNITED STATES
                    DISTRICT COURT
                    District of Alaska
                    FAIRBANKS Division

                    # 40101848 - SM
                    ~~July 7, 2009~~

         Code    Case #     Qty      Amount

         6855XX-R                    360.00 DB


         TOTAL->                     360.00
```

*Johnny Napier*

FROM: RESTITUTION
4:04-CR-33-~~CR~~ JWS