```
              UNITED STATES
              DISTRICT COURT
               District of Alaska
               FAIRBANKS Division

             # 40101890 - SM
              August 5, 2008


     Code    Case #    Qty       Amount

   6855XX-R                      360.00 DB


          TOTAL→              360.00


     FROM: JOHNNY LEE NAPIER
           4:04CR00033-JWS
           RESTITUTION
```