UNITED STATES
DISTRICT COURT
District of Alaska
FAIRBANKS Division

# 40101929 - SM
September 4, 2008

| Code | Case # | Qty | Amount |
|------|--------|-----|--------|
| 6055XX-R | | | 360.00 DB |

TOTAL→     360.00

FROM: JOHNNY NAPIER
4:04-CR-00033-JWS
RESTITUTION